UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF KENTUCKY – LEXINGTON DIVISION

| In Re: | ) Case No.: 15-50303-tnw |
|---|---|
| Timothy Dean Lewis and Misty Dawn Lewis Debtor. | ) CHAPTER 13 </br> ) REQUEST FOR NOTICE |

EASTERN DISTRICT OF KENTUCKY
**FILED**
MAY 1 1 2018
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association, as Trustee of American Homeowner Preservation Trust Series 2015A+ ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1

REQUEST FOR NOTICE

1      SNSC requests that for all notice purposes and for inclusion in the Master Mailing List

2  in this case, the following address be used:

3  **PHYSICAL ADDRESS:**                          **EMAIL ADDRESS:**

SN Servicing Corporation                   BKNotices@snsc.com

4  323 5th Street

5  Eureka, CA 95501

6

7

8  Dated: May 8, 2018                        By: _____

Kathy Watson

9                                         c/o SN Servicing Corporation

Bankruptcy Asset Manager

10                                        323 5th Street

11                                        Eureka, CA 95501

800-603-0836

12                                        BKNotices@snservicing.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF KENTUCKY – LEXINGTON DIVISION

| | |
|---|---|
| In Re: | Case No.: 15-50303-tnw |
| | CHAPTER 13 |
| Timothy Dean Lewis and Misty Dawn Lewis, | **CERTIFICATE OF SERVICE** |
| Debtors. | |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

---

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | On May 8, 2018 I served the following documents described as: |
| 2 | • **REQUEST FOR NOTICE** |
| 3 4 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 5 | envelope addressed as follows: |
| 6 | (Via United States Mail) |

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Timothy Dean Lewis | Beverly M. Burden |
| 113 Fifth Street | PO Box 2204 |
| Winchester, KY 40391 | Lexington, KY 40588 |
| | |
| **Debtor** | **U.S. Trustee** |
| Misty Dawn Lewis | U.S. Trustee |
| 113 Fifth Street | 100 E Vine St #500 |
| Winchester, KY 40391 | Lexington, KY 40507 |
| | |
| **Debtor's Counsel** | **US Trustee Counsel** |
| J. D. Kermode | John L. Daugherty |
| 1608 Harrodsburg Rd. | 100 E. Vine St. #500 |
| Lexington, KY 40504 | Lexington, KY 40507 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2018 at Santa Ana, California

Krystle Miller

2
CERTIFICATE OF SERVICE